**DISMISS; and Opinion Filed May 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00395-CV

**BADMAND HOLDINGS, LLC, Appellant**

**V.**

**TRINITY TITLE OF TEXAS, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03683-B**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

By motion filed May 7, 2014, appellant moves to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

140395F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BADMAND HOLDINGS, LLC, Appellant

No. 05-14-00395-CV      V.

TRINITY TITLE OF TEXAS, LLC,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-03683-B.
Opinion delivered by Justice Brown.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Trinity Title of Texas, LLC recover its costs, if any, of this appeal from appellant Badmand Holdings, LLC.

Judgment entered this 12th day of May, 2014.

/Ada Brown/

ADA BROWN
JUSTICE